UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA TEAMER, *et al.*,

        Plaintiffs,

v.                                            CIVIL CASE NO. 05-CV-73593-DT
                                              HONORABLE DENISE PAGE HOOD

SUSAN DAVIS, DEPUTY BRUCE,
ADW RIDER, and ADW EVANS,

        Defendants.

_____/

## ORDER DISMISSING CASE FOR LACK OF PROSECUTION

On December 5, 2005, the Court entered an Order extending the time for Plaintiffs to pay the filing fee twenty-one (21) days from the date of the Order. The deadline has passed. To date, the $250.00 filing fee has not been paid in full. The Order also notified Plaintiffs that failure to comply with the Court's deadline will result in the dismissal of the case for lack of prosecution.

Accordingly,

IT IS ORDERED that this case is DISMISSED without prejudice for lack of prosecution by failing to pay the $250.00 filing fee in full.

IT IS FURTHER ORDERED that the Motion to Supplement the Original Complaint **(Docket No. 4, filed October 31, 2005)**, Request for Temporary Injunctive Order **(Docket No. 5, filed October 31, 2005)**, and Request for Evidentiary Hearing **(Docket No. 6, filed December 5, 2005)** are MOOT.

                                                          /s/ DENISE PAGE HOOD
                                                          DENISE PAGE HOOD
                                                          UNITED STATES DISTRICT JUDGE

DATED: January 6, 2006